**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Federal Deposit Insurance Corporation, | ) | No. CV-12-1034-PHX-SMM |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| Title Security Agency of Arizona, et al., | ) | |
| Defendants. | ) | |

Before the Court is the parties' Stipulation to Dismiss with Prejudice. (Doc. 76.)

Accordingly,

**IT IS HEREBY ORDERED dismissing with prejudice** any and all claims with all parties to bear their respective costs and attorney's fees.

**IT IS FURTHER ORDERED** vacating the Final Pretrial Conference set for **Monday, January 6, 2014, at 3:30 p.m.**

DATED this 15th day of November, 2013.

Stephen M. McNamee
Senior United States District Judge